## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  13-cv-274-c                                          Purchased/Filed: March 19, 2013

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                    WESTERN DISTRICT

---

*Vance Belfatto*                                                                 Plaintiff

against

*North American Asset Services, LLC d/b/a Frontier Financial Group*              Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY       SS.:

_____ Diane Koehler _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on  March 22, 2013 , at  11:45 am , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial

on

_____ North American Asset Services, LLC _____, the Defendant in this action, by delivering to and leaving with  Chad Matice ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,  2  true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40  dollars; That said service was made pursuant to Section  303 Limited Liability Company Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:  28   Approx. Wt:  200   Approx. Ht:  6'0"  
Color of skin:  White   Hair color:  Brown   Sex:  Male   Other: _____

Sworn to before me on this

25th  day of  March, 2013

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2015

Diane Koehler  
Attny's File No.  
Invoice•Work Order # SP1303497

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**